**People of the State of Illinois, Plaintiff-Appellee, v. Edward P. Mitchell, Defendant-Appellant.**

**Gen. No. 50,440.** ▮▮▮▮▮▮▮

First District, Second Division.

November 1, 1966.

Rehearing denied November 29, 1966.

George T. Bogert, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James B. Klein, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. **Not to be published in full.**